IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GEORGE P. SHEDD, JR., *et al.*,

       Plaintiffs,

vs.

                            CIVIL ACTION 14-275-CB-M

BARCLAYS CAPITAL
REAL ESTATE, INC.,
*d/b/a HomEq Servicing, et al.*,

       Defendants.

ORDER

On this date, a hearing was held and this Court heard from all parties regarding Plaintiffs' Motions to Compel (Docs. 134, 135, and 140) and all pleadings relating thereto (Docs. 145, 148, 150, 157, 158 and 162).  After consideration of the relevant pleadings and the argument of counsel, the Motions were ruled on as follows, for the reasons set out in the audio record of the hearing.

Plaintiffs' Motion to Compel Barclays Capital Real Estate, Inc. to Respond to First Set of Interrogatories and Request for Production (Docs. 134 and 135) was **GRANTED as set out below and otherwise DENIED.**

      A.      **GRANTED.**  Barclays' Amended Privilege Log is insufficient.  It does not comply with the requirements for a privilege log as noted in Paragraph 10.d. of the Amended Rule 16(b)

1

Scheduling Order (Doc. 127).  Defendant is to
produce a complying privilege log to
Plaintiffs, and confer if there are any
disagreements, **not later than April 11, 2016.**

B.      **DENIED.**  Defendant is not required to subpoena
its corporate documents or any other documents
from Black Knight Financial Services.

C.      **GRANTED.**  In response to Interrogatory 2,
Defendant is to supplement its list of
employees with knowledge of the claims and
defenses in this action, especially with
respect to each person's knowledge, as more
fully discussed at the hearing, **not later than
April 11, 2016.**

D.      **DENIED.**  Defendant stated that there are no
pooling or servicing agreements as requested.
The response to Request for Production 2 is
sufficient.

Plaintiffs' Motion to Compel Wells Fargo Defendants to
Respond to First Set of Interrogatories and Request for
Production (Doc. 140) was **GRANTED as set out below and
otherwise DENIED.**

A.      **GRANTED.**  Wells Fargo's Privilege Log is
insufficient.  It does not comply with the

2

requirements for a privilege log as noted in
Paragraph 10.d. of the Amended Rule 16(b)
Scheduling Order (Doc. 127).  Defendant is to
produce a complying privilege log to
Plaintiffs, and confer if there are any
disagreements, **not later than April 11, 2016.**

B.      **DENIED.**  Defendant's response is sufficient to
Interrogatory 2.b.  Wachovia Bank's mortgage
loans were assumed by Defendant when it merged
with Wachovia Bank.

C.      **DENIED.**  Defendant's responses to
Interrogatory 2.i. and Requests for Production
14 and 18 are sufficient since the requests
are not relevant and too broad.

D.      **MOOT** as to Request for Production 2.

E.      **GRANTED as modified.**  Defendant is to produce
a copy of its training materials related to
the Fair Debt Collection Practices Act, the
Real Estate Settlement Procedures Act and the
Fair Credit Reporting Act, **not later than
April 11, 2016.**

DONE this the 28th day of March, 2016.

                        s/BERT W. MILLING, JR.
                        UNITED STATES MAGISTRATE JUDGE

3